**MADE JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MIKHAIL FAYULER, | CASE NO. CV 11-07162-GW(PLAx) |
| Plaintiff, | Hon. George H. Wu |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| BANK OF AMERICA, N.A.; THE CSI COMPANIES, INC.; ADECCO USA, INC.; LEXISNEXIS SCREENING SOLUTIONS INC.; and DOES 1 through 20, | |
| Defendants. | |

1    The Court having considered the Parties' Joint Stipulation of Dismissal, hereby
2 rules as follows:
3    IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with
4 prejudice.
5
6 **IT IS SO ORDERED.**
7
8 DATED: April 19, 2012              _____
                                      Honorable George H. Wu
9                                     United States District Court Judge